IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JESSICA R. HAMLIN,<br><br>            Plaintiff,<br><br>vs.<br><br>MARTIN O'MALLEY, Commissioner of SSA,<br><br>            Defendant. | 4:24CV3031<br><br>ORDER |

      This matter is before the Court following the joint motion for reassignment, Filing No. 6. This Court generally handles all social security cases in chambers. Accordingly, upon review, the Court will do the same in this case.

      THEREFORE, It is Ordered that the joint motion for reassignment, Filing No. 6, is denied.

Dated this 1st day of March, 2024.

                                        BY THE COURT:

                                        s/ Joseph F. Bataillon
                                        Senior United States District Judge