IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JESSICA R. HAMLIN,<br><br>            Plaintiff,<br><br>vs.<br><br>MARTIN O'MALLEY, Commissioner of SSA,<br><br>            Defendant. | **4:24CV3031**<br><br>**ORDER** |

This matter is before the Court on Plaintiff's motion for leave to proceed in forma pauperis. Filing No. 2. The Court has carefully reviewed the request and finds the plaintiff is without sufficient funds and will therefore grant the motion to proceed in forma pauperis.

THEREFORE, it is ordered that Plaintiff's motion to proceed in forma pauperis, Filing No. 2, is granted.

Dated this 14th day of March, 2024.

                                                                      BY THE COURT:

                                                                      s/ Joseph F. Bataillon
                                                                      Senior United States District Judge